# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08CV252-W

| | |
|---|---|
| SUA INSURANCE CO. as subrogee of W.C. Trucking, Inc. d/b/a Hippies, | )<br>)<br>) |
| Plaintiff, | )    **ORDER** |
| v. | )<br>) |
| A & A TRUCK AND AUTO CENTER, INC., | )<br>)<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Plaintiff's two "Motion[s] for Admission Pro Hac Vice" (document ##5, 6) filed July 1, 2008, requesting admission of Attorneys George Manos and Salena Becker to represent the Plaintiff. For the reasons set forth therein, the motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: July 1, 2008

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge